Michael **PARKER**, Appellant,

v.

**STATE of Missouri, Respondent.**

**WD 79343**

Missouri Court of Appeals,
Western District.

ORDER FILED: January 16, 2018

Chelsea Mitchell, Columbia, MO, Counsel for Appellant.

Christine Lesicko, Jefferson City, MO, Counsel for Respondent.

Before Division Two: Anthony Rex Gabbert, P.J., Thomas H. Newton, and Gary D. Witt, JJ.

## ORDER

Per Curiam:

Mr. Michael Parker appeals a Jackson County Circuit Court judgment committing him, as a sexually violent predator (SVP), to the care, custody, and treatment of the Department of Mental Health.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).